UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR-07-83-B-W-02 |
| | ) | |
| MARY CHASE | ) | |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed January 4, 2010, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendant's Motion for Order Granting Early Release Eligibility (Docket # 129) be and hereby is DISMISSED as it should be brought as a motion pursuant to 28 U.S.C. § 2241 in the venue where the Defendant is currently imprisoned.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 25th day of January, 2010